# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2021

Bridget M. McCormack,
Chief Justice

161642

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

RAKESH NAYYAR, Personal Representative
of the ESTATE OF BIMLA NAYYAR,
      Plaintiff-Appellant,

v

                          SC: 161642
                          COA: 343676
                          Wayne CC: 13-009819-NH

OAKWOOD HEALTHCARE, INC., d/b/a
OAKWOOD HOSPITAL & MEDICAL
CENTER,
              Defendant-Appellee.
_____/

      On order of the Court, the application for leave to appeal the May 14, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2021



b0623

Clerk